# UNITED STATES DISTRICT COURT
for the
_____ District of Alaska _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:17-cr-00163-TMB/3:17-cr-00164-TMB |
| PARAS JHA | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Dec 8, 2107

*Defendant's signature*

*Signature of defendant's attorney*

Robert G. Stahl
*Printed name of defendant's attorney*

**SIGNATURE REDACTED**
*Judge's signature*

TIMOTHY M. BURGESS, CHIEF U.S. DISTRICT JUDGE
*Judge's printed name and title*