# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# WITNESS LIST

---

**Case No.:** 3:17-cr-00164-TMB  **Judge:** TIMOTHY M. BURGESS

**Title:** UNITED STATES OF AMERICA
  vs.  **PARAS JHA**

**Dates of Hearing/Trial:** September 18, 2018

**Deputy Clerk/Recorder:** Jessica Solnick

**Official Reporter:** Sonja Reeves

## WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 9/18/2018 | 1:26 PM | 1:49 PM | W-1 | ELLIOTT PETERSON | PLT |
|  |  |  |  |  |  |
|  |  |  |  |  |  |